982 A.2d 967

IN THE MATTER OF ROBERT P. WEINBERG, AN ATTORNEY AT LAW.

November 18, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–110, concluding that **ROBERT P. WEINBERG** of **BAYONNE,** who was admitted to the bar of this State in 1967, should be censured for violating *RPC* 1.5(b) (failure to communicate in writing the basis or rate of the fee), *RPC* 1.7(a)(2) and *RPC* 1.8(a) (conflict of interest), and *RPC* 1.15(a) (commingling of trust and personal funds), and good cause appearing;

It is ORDERED that **ROBERT P. WEINBERG** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.